IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE J. BATTLES, MARY L.
BRUCE, EDDIE L. JOHNSON, PAUL
HUNT and MARY L. CAREY, on be-
half of themselves and all others
similarly situated,

    Plaintiffs

vs                                     CIVIL ACTION NO.
                                       MCA 84-2011

PANAMA CITY, FLORIDA; GIRARD
CLEMONS, JR., Mayor; DONNA
MORTLAND, EDGAR DAFFIN, MIKE
NELSON, A. C. LITTLETON, JR.,
Commissioners of Panama City,
Florida, their successors and
agents, all in their official
capacities,

    Defendants

------------------------------------------------------------

## PETITION

COME NOW the defendants, jointly and severally, and represent unto the Court that Appendix 1 relating to the map of the single-member district wards inappropriately reflects the boundaries between Wards 3 and 4;

that paragraph 1 of Exhibit 3 inappropriately defines the qualifying period, and Exhibit 4 fails to legally describe the boundaries of Wards 3 and 4, as contained in the Judgment entered in these proceedings dated January 11, 1985. Such error occurred through the inadvertence and oversight of counsel for the defendants and the defendants would request that the Judgment be amended to reflect amended Appendices 1, 3 and 4 as attached. Absence of objection by plaintiff is evidenced by their execution hereof.

WHEREFORE, the defendants jointly and severally would request that Appendices 1, 3 and 4 be amended in the manner attached to this Petition.

LIPMAN & WEISBERG

By *[signature]*
David M. Lipman
5901 S.W. 74th St.
Suite 304
Miami, Florida 33143-5186
305/662-2600

ATTORNEYS FOR PLAINTIFFS

BRYANT, HIGBY & WILLIAMS

By *[signature]*
Rowlett W. Bryant
Post Office Box 124
Panama City, Florida
904/763-1787

ATTORNEYS FOR DEFENDANTS



AMENDED APPENDIX 3

SCHEDULE FOR NEW ELECTIONS

The qualifying of candidates and the election of commissioners as provided in the Charter of the City for the position of mayor-commissioners and commissioners from Wards 1, 2, 3 and 4 are enjoined, and the qualifying of candidates and their election to office shall be conducted in the following manner:

1. All commission candidates for Wards 1, 2, 3 and 4 and mayor-commissiner-at-large shall qualify as candidates for their respective offices with the City Clerk during the period commencing on the third Tuesday of March and ending on the fourth Tuesday of March of each election year, during the regular business hours and days of the City. The nominating primary elections shall be held April 30 and the regular municipal election shall be held on May 7, 1985. For all succeeding election years, the nominating primary election shall be held on the last Tuesday in April and the regular municipal election on the first Tuesday of May.

2. The terms of office of mayor-commissioner and commissioners from Wards 2 and 3 shall end at 12:00 noon on Friday following the first Tuesday of May, 1987. The terms of office of Wards 1 and 4 shall terminate at 12:00 noon on Friday following the first Tuesday of May, 1989.

AMENDED

APPENDIX 4

District W1 - Commencing in the west at the intersection of Johnson Bayou and Beach Drive, east on Beach Drive to 6th Street; east on 6th Street (Business 98) to Watson Bayou; north along Watson Bayou to 7th Street; east on 7th Street to east City limits; south on east City limits to shore line; west along shore line to Johnson Bayou inlet (point of origin).

District W2 - Commencing in the southwest at the intersection of Jenks Avenue and 6th Street (Business 98), north on Jenks Avenue to north City limits; east on north City limits to east City limits; south on east City limits to 7th Street; west on 7th Street to Watson Bayou; south along Watson Bayou to 6th Street (Business 98); west on 6th Street to Jenks Avenue (point of origin).

District W3 - Commencing in the southwest at the intersection of Calhoun Avenue and the shore line, north on Calhoun Avenue to 9th Street; east on 9th Street to Clay Avenue, north on Clay Avenue to 15th Street; east on 15th Street to Frankford Avenue; north on Frankford Avenue to north City limits; along City limits to Jenks Avenue; south on Jenks Avenue to 6th Street (Business 98); west on 6th Street to Beach Drive; west on Beach Drive to Johnson Bayou inlet; south along Johnson Bayou inlet to shore line; west along shore line to Clay Avenue (point of origin).

District W4 - Commencing in the southeast at the intersection of Calhoun Avenue and the shore line, north on Calhoun Avenue to 9th Street; east on 9th Street to Clay Avenue, north on Clay Avenue to 15th Street; east on 15th Street to Frankford Avenue; north on Frankford Avenue to shore line; west, south and east along shore line to Clay Avenue (point of origin).